**Richard JAIMES, Plaintiff–Appellee,**

v.

**GEICO GENERAL INSURANCE COMPANY, a corporation, Defendant–Appellant.**

**No. 13–11614**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Oct. 29, 2013.

Louis K. Rosenbloum, Louis K. Rosenbloum, PA, Pensacola, FL, Todd Stephen Stewart, The Law Offices of Todd S. Stewart, PA, Jupiter, FL, for Plaintiff–Appellee.

Richard L. Robbins, Rachel Frazier Gage, Alexa Roberta Ross, Robbins Ross Alloy Belinfante & Littlefield, LLC, Atlanta, GA, James Kendall Clark, Clark Robb Mason Coulombe & Buschman, Miami, FL, for Defendant–Appellant.

Before DUBINA, MARTIN and FAY, Circuit Judges.

PER CURIAM:

This appeal involves attorneys' fees. Defendant–Appellant GEICO General Insurance Company's ("GEICO") sole argument on appeal is that if the final judgment entered by the district court is vacated as requested by GEICO in appeal No. 124427, the award of attorneys' fees to Appellee Richard Jaimes ("Jaimes") should likewise be vacated. Because our court has affirmed the final judgment in appeal No. 12–14427, *see Jaimes v. GEICO General Insurance Co.*, Nos. 12–14427 & 13–10847, 534 Fed. Appx. 860, 2013 WL 4106364 (11th Cir. Aug. 15, 2013), we also affirm the district court's order awarding attorneys' fees to Jaimes in the present appeal (No. 13–11614).

**AFFIRMED.**